AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Dropbox account associated with the email address ) Case No. 3:21MJ27
w.hitchings@gmail.com that is stored at premises )
controlled by Dropbox Inc. )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the __Northern__ District of __California__
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A-4**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B-4**

**YOU ARE COMMANDED** to execute this warrant on or before __2/2/21__ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Sharon L. Ovington__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: __1/19/21 4:02 p.m.__   *Judge's signature*

City and state: __Dayton, OH__   **U.S. Magistrate Judge**
*name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name(s) of any person(s) seized: |||

| Certification |
|---|
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: _____<br>                                                                                        *Executing officer's signature*<br><br>                                                                                           *Printed name and title* |

## ATTACHMENT A-4

## Property to Be Searched

Information associated with the Dropbox account associated with the email address **w.hitchings@gmail.com** that is stored at premises owned, maintained, controlled, or operated by Dropbox Inc., a company that accepts service of legal process at 1800 Owens Street, Suite 200, San Francisco, California, 94158.

## ATTACHMENT B-4

### Particular Things to be Seized

I.  **Information to be disclosed by Dropbox Inc. (the "Provider")**

To the extent that the information described in Attachment A-4 is within the possession, custody, or control of the Provider, regardless of whether such information is stored, held or maintained inside or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to the Provider, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for each user ID listed in Attachment A-4:

a. All available user/subscriber details for the account, including: full name, user identification number, birth date, gender, contact e-mail addresses, passwords, security questions and answers, telephone numbers, screen names, websites, and other personal identifiers;

b. All files downloaded and/or uploaded by the user account, including any deleted files;

c. All activity logs for the account, including but not limited to auth.txt logs, uploag.html files, report.txt files, links.txt files, and any logs reflecting the deletion of files;

d. Records of any Dropbox links posted by the account user, and records of any other users who accessed these links;

e. Records of any Dropbox links accessed by the account user, and records of the original poster of those links;

f. All information related to the account's settings, including but not limited to linked devices, linked Facebook and Twitter accounts, etc.;

g. The length of service (including start date);

h. Any payment information related to the account, including full credit card numbers.

The Provider is hereby ordered to disclose the above information to the government within 14 days of the issuance of this warrant. Notwithstanding 18 U.S.C. § 2252/2252A or any similar statute or code, the Provider shall disclose responsive data by sending it to the Federal Bureau of Investigation at 7747 Clyo Road, Centerville, Ohio, 45459, or making the data available to the Federal Bureau of Investigation via the Provider's electronic portal.

## II. Information to be seized by the government

Items evidencing violations of 18 U.S.C. §§ 2252(a)(2) and (b)(1) and 2252A(a)(2) and (b)(1) (receipt and distribution of child pornography), 18 U.S.C. §§ 2252(a)(4)(B) and (b)(1) and 2252A(a)(5)(B) and (b)(1) (possession of child pornography), and 21 U.S.C. §844 (possession of controlled substances) involving WILLIAM HITCHINGS from January 1, 2019 to the present, including but not limited to the following:

1. Any visual depictions and records related to the possession, receipt, and distribution of child pornography.

2. Any images or videos depicting child pornography.

3. Any and all child erotica, including images and videos of children that are not sexually explicit, drawings, sketches, fantasy writings, diaries, and sexual aids.

4. Any information related to the use of aliases.

5. Evidence of utilization of email accounts, social media accounts, online chat programs, and peer-to-peer file sharing programs.

6. Any records related to the possession of controlled substances.

7. Any images or videos depicting controlled substances and drug paraphernalia (such as scales, packaging materials, bongs, etc.).

8. Evidence of utilization of telephone accounts, Internet Service Providers, and financial accounts, including but not limited to monthly billing statements;

9. Any information related to Internet Protocol (IP) addresses accounts accessed by the accounts.

10. Information relating to who created, used, or communicated with the account, including records about their identities and whereabouts.