AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 3:21mj-27 | Date and time warrant executed: 1/20/2021 - warrant served to Dropbox; 2/19/2021 - Records received from Dropbox | Copy of warrant and ~~inventory~~ left with: Served to Dropbox via email |

Inventory made in the presence of:
N/A

Inventory of the property taken and name(s) of any person(s) seized:

Electronic records from Dropbox for the Dropbox account associated with the email address w.hitchings@gmail.com

FILED
RICHARD W. NAGEL
CLERK OF COURT
3/1/21

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/22/2021

Andrea R Kinzy
*Executing officer's signature*

Andrea R Kinzig, FBI Special Agent
*Printed name and title*